JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL KENNETH JONES, JR., | ) | Case No. CV 15-9464 DMG(JC) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) | |
| FRANK A. McGUIRE, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: December 18, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE